700 A.2d 1231

IN THE MATTER OF STEVEN B. MIROW,
AN ATTORNEY AT LAW.

October 16, 1997.

## ORDER

The Disciplinary Review Board on July 30, 1997, having filed with the Court its decision concluding that **STEVEN B. MIROW** of **STRATFORD,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 5.5(a) (failing to maintain a *bona fide* office), and the Disciplinary Review Board having further concluded that after one year, the Office of Attorney Ethics should verify that respondent is complying with the *bona fide* office rules, and good cause appearing;

It is ORDERED that **STEVEN B. MIROW** is hereby reprimanded; and it is further

ORDERED that the Office of Attorney Ethics conduct an investigation after one year to determine whether respondent is complying with the *bona fide* office rules; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.